IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Megan Ehrhardt | : | |
| | : | Case No. 1:26-cv-553 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Granting Plaintiff's Dismissal Motion and Denying as Moot Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction |
| Indiana Gaming Company d/b/a Hollywood Casino Lawrenceburg, *et al.* | : | |
| | : | |
| Defendants. | : | |

Plaintiff Megan Ehrhardt improperly filed this suit asserting state law personal injury claims against both diverse Defendants (Indiana Gaming Company, LLC d/b/a Hollywood Casino Lawrenceburg and Penn Entertainment) and non-diverse Defendants (Defendants Frankie Andriola, State Farm Mutual Automobile Insurance Company, Humana Health Plan, Inc., and the Ohio Department of Medicaid).[1] Three motions are pending before the Court:

- Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendants Indiana Gaming Company, LLC d/b/a Hollywood Casino Lawrenceburg and Penn Entertainment, Inc. (Doc. 13);
- Plaintiff's Motion to Voluntarily Dismiss the Nondiverse Defendants ("Plaintiff's Dismissal Motion") (Doc. 22); and
- Motion to Dismiss the Ohio Department of Medicaid's Crossclaim for Lack of Subject Matter Jurisdiction filed by Defendants Indiana Gaming Company, LLC d/b/a Hollywood Casino Lawrenceburg and Penn Entertainment (Doc. 23).

Certain errors were made in docketing Plaintiff's Dismissal Motion which unduly complicated the procedural posture of this case. But it is evident that Plaintiff seeks to proceed in this Court

[1] Ehrhardt asserts that Frankie Andriola, State Farm Mutual Automobile Insurance Company, Humana Health Plan, Inc., and the Ohio Department of Medicaid are all non-diverse. (Doc. 22 at PageID 61.) Ehrhardt is an Ohio resident. (Doc. 1 at PageID 2.) There is no diversity between Ehrhardt and the Ohio Department of Medicaid or Frankie Andriola. Public records indicate that Frankie Andriola is an inmate at an Ohio correctional facility. Ehrhardt does not allege citizenship facts for State Farm Mutual Insurance Company or Humana Health Plan, Inc. in the Complaint.

against only the diverse Defendants. (Doc. 24 at PageID 69.) Plaintiff seeks to voluntarily dismiss the non-diverse Defendants and refile the claims against them in an Ohio court of common pleas where jurisdiction would be proper. (Doc. 22 at PageID 61; Doc. 24 at PageID 69.)

Non-diverse Defendants Humana Health Plan, Inc. and the Ohio Department of Medicaid have filed Answers to Plaintiff's Complaint. (Docs. 4, 9.) Plaintiff cannot voluntarily dismiss her claims against them without a stipulation signed by all parties or a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or 41(a)(2). They have both filed Notices stating that they do not oppose Plaintiff's Dismissal Motion. (Docs. 26, 27.) The Ohio Department of Medicaid also has dismissed without prejudice its Cross-Claim against the other Defendants. (Doc. 28.) Non-diverse Defendants Frankie Andriola and State Farm Mutual Insurance Company have not filed Answers to Plaintiff's Complaint and did not timely respond to Plaintiff's Dismissal Motion. Plaintiff has the right to voluntarily dismiss Andriola and State Farm Mutual Insurance Company without a court order under Rule 41(a)(1)(A)(i). The Court will dismiss all four non-diverse Defendants without prejudice.

Accordingly, Plaintiff's Dismissal Motion (Doc. 22) is **GRANTED**. Plaintiff's claims against Frankie Andriola, State Farm Mutual Automobile Insurance Company, Humana Health Plan, Inc., and the Ohio Department of Medicaid are **DISMISSED WITHOUT PREJUDICE**. The Motions to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 13, 23) filed by Defendants Indiana Gaming Company, LLC d/b/a Hollywood Casino Lawrenceburg and Penn Entertainment, Inc. are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge